*E-Filed 6/12/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL T. WHITE,                               No. C 13-3917 RS (PR)

              Petitioner,                    **ORDER EXTENDING TIME**

    v.

M.E. SPEARMAN,

              Respondent.
_____/

      Petitioner's motion to extend time to file an amended traverse (Docket No. 18) is GRANTED. The amended traverse shall be filed on or before August 15, 2014. **No further extensions of time will be granted.** The habeas action will be considered submitted as of August 15, 2014. If an amended traverse is not filed by that date, the Court will regard the current traverse (Docket No. 17) as the operative one in this action. Petitioner is reminded that an amended traverse will replace entirely the current traverse. The amended traverse, then, must include all issues and concerns petitioner wishes to raise in response to respondent's answer. The Clerk shall terminate Docket No. 18.

      **IT IS SO ORDERED**.

DATED: June 12, 2014

                                 RICHARD SEEBORG
                             United States District Judge

United States District Court
For the Northern District of California