FILED

MAR 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. WHITE<br><br>Appellant,<br><br>vs<br><br>M. E. SPEARMAN<br><br>Appellee. | U.S.C.A. No.: 15-15327<br>U.S.D.C. No.: CV-13-03917-RS<br><br>ORDER RE: CJA APPOINTMENT<br>OF AND AUTHORITY TO PAY<br>COURT APPOINTED COUNSEL<br>ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

James Mcnair Thompson
P.O. Box 636
Los Gatos, CA 95031
(408) 358-6047
jmtesq@verizon.net

Appointing Judge: Hon. Judge Seeborg

3/27/15
Date of Order

March 27, 2015
Nunc Pro Tunc Date